**EXHIBIT A – Proposed Constructions**

| Claim Term/Phrase[1] | Term No. | Tiare's Proposed Construction | Home Depot's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| "venue specific application program"<br><br>('729 Patent, claims **1**, 19, and 20)<br><br>"venue-specific application"<br><br>('414 Patent, claims **1**, **2**, **8**, **10**, **11**, 15, 17, and **19**)<br><br>"venue-specific application"<br><br>('224 Patent, claims 1, **10**, **16**, 20, **25**) | 1–3 | an application program that is specifically configured for a venue, but may apply to more than one location | application configured specifically for use within a particular venue | |
| "vicinity" /<br><br>"within a vicinity of the venue" /<br><br>"within the vicinity of the venue" / | 4–6 | No construction necessary. Plain and ordinary meaning. Not indefinite. | Indefinite | |

---

[1] Throughout this chart, citations are to each claim in which the relevant term appears. The underlined claims denote asserted claims.

1

**EXHIBIT A – Proposed Constructions**

| Claim Term/Phrase[1] | Term No. | Tiare's Proposed Construction | Home Depot's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| ('729 Patent, claims **1**, **6**, **14**, **15**, 19, 20) | | | | |
| Preamble: "A computer-implemented method executed by one or more processors of a first mobile computing device, the method comprising:"<br><br>('414 Patent, claim **1**) | 7 | For purposes of this claim-construction process only, and without agreeing that the preamble is in fact limiting, Tiare does not contest that this preamble is limiting | Limiting | |
| Preamble: "A computer-implemented method executed by one or more processors, the method comprising:"<br><br>('414 Patent, claim **8**) | 8 | For purposes of this claim-construction process only, and without agreeing that the preamble is in fact limiting, Tiare does not contest that this preamble is limiting | Limiting | |
| Preamble: "A system for locating electronic | 9 | For purposes of this claim-construction process only, and | Limiting | |

**EXHIBIT A – Proposed Constructions**

| Claim Term/Phrase[1] | Term No. | Tiare's Proposed Construction | Home Depot's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| devices, the system comprising one or more processors and one or more data stores coupled to the one or more processors having instructions stored thereon which, when executed by the one or more processors, causes the one or more processors to perform operations comprising:"<br><br>('224 Patent, claim **10**) | | without agreeing that the preamble is in fact limiting, Tiare does not contest that this preamble is limiting | | |
| "automatically updated"<br><br>('729 Patent, claim **6**) | 10 | No construction necessary. Plain and ordinary meaning. | automatically calculated | |